# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LORNA PATTERSON,**<br><br>                **Plaintiff,**<br><br>    vs.<br><br>**CREDIT MANAGEMENT SERVICES, INC.,**<br><br>                **Defendant.** | **8:15CV133**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the Parties' Stipulation of Dismissal with Prejudice (Filing No. 8). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action should be dismissed on its merits with prejudice, without costs, disbursements or attorneys' fees to any party. Accordingly,

IT IS ORDERED:

1. The Parties' Stipulation of Dismissal with Prejudice (Filing No. 8) is approved; and

2. The above-captioned action is dismissed on its merits with prejudice, without costs, disbursements or attorneys' fees to any party.

Dated this 18th day of June, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge